# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0282
Lower Tribunal No. 2023-CA-006797

_____

RRR CONTRACTING FL, LLC,

Appellant,

v.

JASON INGRAM and DILENIA CEBALLOS,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
Reinaldo Ojeda, Judge.

May 26, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and PRATT, JJ., concur.


Jeffrey B. Shalek, of Jeffrey B. Shalek, Esq., P.A., Fort Lauderdale, for Appellant.

Scott J. Edwards, of Scott J. Edwards, P.A., Boca Raton, and David R. Bear, of Bear Legal Solutions, Orlando, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED